UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-CV-81668-JIC

GARFIELD SPENCE,

    Plaintiff,

vs.

PURDY LANE INVESTMENTS, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT AND STIPULATION

COMES NOW the Parties hereby inform the Court that this matter has settled in all respects, including all claims of Plaintiff for relief, attorney's fees, litigation expenses and costs. The Parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. In the meantime, the parties stipulate to the Defendant's compliance with the ADA, the termination of all pending discovery and the cancelation of mediation presently scheduled for April 12, 2023.

Dated: March 29, 2023

| | |
|---|---|
| BY: /s/ Shane M. Farnsworth | BY: /s/ Alberto R. Leal |
| Shane M. Farnsworth, Esq. | Alberto R. Leal, Esq. |
| FL Bar #0146692 | FL Bar #1002345 |
| SHANE M. FARNSWORTH, P.A. | ALBERTO R. LEAL, ESQ., P.A. |
| 70 SE Fourth Avenue | 8927 Hypoluxo Rd., #157 |
| Delray Beach, FL 33483 | Lake Worth, FL 33467 |
| Telephone: (561) 272-8337 | Telephone: (954) 637-1868 |
| E-mail: sfarnsworthesq@gmail.com | Email: albertolealesq@gmail.com |
| Attorney for Defendant | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on March 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all in the manner specified, either via transmission to counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:  /s/ Shane M. Farnsworth, Esq.
Shane M. Farnsworth, Esq.
FL Bar #0146692
SHANE M. FARNSWORTH, P.A.
70 SE Fourth Avenue
Delray Beach, FL 33483
Telephone: (561) 272-8337
Fax: (561) 276-5803
E-mail: sfarnsworthesq@gmail.com
Counsel for Defendant

## SERVICE LIST

GARFIELD SPENCE V. PURDY LANE INVESTMENTS, INC.

Case No.: 9:22-CV-81668JIC

United States District Court, Southern District of Florida

Alberto R. Leal, Esq.

Alberto R. Leal, Esq., P.A.

Attorney for Plaintiff

8927 Hypoluxo Road, #157

Lake Worth Beach, Florida  33467

Telephone:  (954) 637-1868

Service email:  albertolealesq@gmail.com

Email:  albertorealesq@gmail.com