UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81668-CIV-COHN/MATTHEWMAN

GARFIELD SPENCE,

    Plaintiff,

v.

PURDY LANE INVESTMENTS, INC.,

    Defendant.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation of Dismissal [DE 20] ("Stipulation").  The Court has reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear its own fees and costs.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2023.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF